UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (DIVISION)

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scott D. Sherman, Esquire
MINION & SHERMAN
33 Clinton Road, Suite 105
West Caldwell, New Jersey 07006
Phone (973) 882-2424
Fax:  (973) 882-0856
Email:  ssherman@minionsherman.com

| | |
|---|---|
| In Re:  Joseph Vetere | Case No.:    09-17085-NLW |
| | Judge:    Novalyn L. Winfield |
| | Chapter:    13 |
| | Returnable:    11/8/2016 |

### NOTICE OF MOTION FOR PAYMENT OF UNCLAIMED FUNDS

HSBC Finance Corporation  has filed papers with the Court, by and through his/her/their Attorney-in-Fact Scott D. Sherman, Esq., as counsel for Mark K. Warren, Esq., of The Locator Services Group Ltd., ("Movant") moving this Court to order the withdrawal of moneys on deposit for this estate in the name of creditor/debtor, HSBC MORTGAGE SERVICES INC to order the payment of these moneys to claimant.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney you may wish to consult one.)**

If you do not want the court to order the payment of unclaimed funds on behalf of HSBC MORTGAGE SERVICES INC, or if you want the court to consider your views on this motion, then on or before November 1, 2016, you or your attorney must:

File with the court a written request for a hearing or a written response at:

Clerk of the Court
United States Bankruptcy Court
402 East State Street, Room 20
Trenton, NJ 08608

If you mail your request for a hearing or response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also mail a copy to:

| | |
|---|---|
| United States Attorney's Office | The Locator Services Group Ltd. |
| Bankruptcy Section | 280 Summer Street, Suite 400 |
| 970 Broad Street, Room 502 | Boston, MA 02210 |
| Newark, NJ 07102 | |
| | |
| United States Trustee's Office | Lisa Licata |
| One Newark Center, Suite 2100 | HSBC Finance Corporation |
| Newark, NJ 07102 | 2929 Walden Avenue C74 |
| | Depew, NY 14043 |

**INSERT BK TRUSTEE**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief:

Date: <u>Monday, October 17, 2016</u>

Respectfully Submitted:

/s/ Scott D. Sherman
Scott D. Sherman, Esquire
MINION & SHERMAN
33 Clinton Road, Suite 105
West Caldwell, NJ  07006
Phone: (973) 882-2424
Fax: (973) 882-0856
Email: ssherman@minionsherman.com