UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scott D. Sherman, Esquire
MINION & SHERMAN
33 Clinton Road, Suite 105
West Caldwell, New Jersey 07006
Phone (973) 882-2424
Fax:  (973) 882-0856
Email:  ssherman@minionsherman.com

| In Re:  Joseph Vetere | Case No.: | 09-17085-NLW |
|---|---|---|
| | Judge: | Novalyn L. Winfield |
| | Chapter: | 13 |
| | Hearing Date: 11/8/2016 | |

**MOTION FOR ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS**

1.  In conformance with provisions of statutes 28 USCA § 2041 and 28 USCA § 2042 the undersigned, Scott D. Sherman ("Movant") as counsel for Mark K. Warren, Esq. of The Locator Services Group Ltd., Attorney-in-Fact for HSBC Finance Corporation ("Claimant"), Successor-in-Interest to HSBC MORTGAGE SERVICES INC., motions the Court for an Order directing the Clerk of the Court to pay from the Registry of the Court the monetary sum of $3,678.15 payable as so indicated on the Order Directing Payment of Unclaimed Funds.

2.  Said funds belonging to HSBC MORTGAGE SERVICES INC. have been returned to the Registry of the Court pursuant to the requirements of statute 28 USCA 2041 and deposited in the Treasury of the United States.

3.  Mark K. Warren, Esq. of The Locator Services Group Ltd. has been appointed by HSBC Finance Corporation as its lawful Attorney-in-Fact who is duly authorized to by the attached original Power of Attorney and supporting documentation to recover said unclaimed funds.

4.  Claimants' Social Security Number or Employer Identification Number is: 86-1052062.

5.  The Locator Services Group Ltd. has made inquiry into the status of the claim and has no knowledge that this claim has previously been paid, that any other motion for this claim is currently pending, or that a party other than the movant is entitled and authorized to submit an application for this claim.

6.  The original disbursement was not presented for payment within 90 days after issuance because: the original

check was never received by the creditor.  It was likely lost in the mail due to a change of address or claimant's

name change.


        **WHEREAS** The Movant respectfully requests that the Court direct that the Clerk of the Court to remit the

requested monetary claim as so indicated on the Order Directing Payment of Unclaimed Funds.



Date: Monday, October 17, 2016



                                        Respectfully Submitted:


                                        /s/ Scott D. Sherman
                                        Scott D. Sherman, Esquire
                                        MINION & SHERMAN
                                        33 Clinton Road, Suite 105
                                        West Caldwell, NJ  07006
                                        Phone: (973) 882-2424
                                        Fax: (973) 882-0856
                                        Email: ssherman@minionsherman.com



Claimant's: 86-1052062
(  ) Social Security Number
(X) Employer Identification Number