UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (DIVISION)

Caption in Compliance with D.N.J. LBR 9004-2(c)

Scott D. Sherman, Esquire
MINION & SHERMAN
33 Clinton Road, Suite 200
West Caldwell, New Jersey 07006
Phone (973) 882-2424
Fax: (973) 882-0856
Email: ssherman@minionsherman.com

In Re: Joseph Vetere

Case No.:    09-17085-NLW

Judge:    Novalyn L. Winfield

Chapter:    13

## AFFIDAVIT OF DOCUMENT AUTHENTICITY

As Prescribed by Statute 28 USCA § 1746, I declare and/or certify under the penalty of perjury that each *Limited Power of Attorney* document submitted to the Court is either the original document or a true copy of said document, and that each signature subscribing each said document represents the true and correct and proper authorization of the Limited Power of Attorney conveyed.

Executed this day: October 14, 2016

Mark K. Warren, Esq. (MA BBO # 662334)
Deputy General Counsel
The Locator Services Group Ltd.
280 Summer Street, Suite 400
Boston, MA 02210-1131
Tel. #: (617) 859-0600
Fax #: (617) 859-0640
associatecounsel@tlsgltd.com

SUBSCRIBED AND SWORN before me this 14TH day of October, 2016.

AFFIX NOTARY SEAL



ALYCIA DeANGELIS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 7, 2017

NOTARY PUBLIC
in and for the Commonwealth of Massachusetts,
residing in the County of Suffolk.

My commission expires: 4/7/17